

# IN THE
# TENTH COURT OF APPEALS

––––––––––––

## No. 10-09-00134-CV

## IN RE DENNIS DAVIS AND GAIL DAVIS

––––––––––––

## Original Proceeding

## MEMORANDUM OPINION

The petition for writ of mandamus is denied.

PER CURIAM

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Petition denied
Opinion delivered and filed May 7, 2009
[OT06]